# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**AMY L. RAPP**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **5:04-CR-9007 TAG**

David M. Wallin
Defendant's Attorney

## THE DEFENDANT:

[✓]  admitted guilt to violation of charge One as alleged in the violation petition filed on 2/20/2007.
[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| One | Failure to submit a truthful and complete written monthly supervision report | May 2006 - January 2007 |

The court: [✓] revokes: [ ] modifies: [ ] continues under same:  conditions of supervision heretofore ordered on  6/8/2004 .

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) __ is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

5/10/2007
Date of Imposition of Sentence

_[signature]_
Signature of Judicial Officer

**THERESA A. GOLDNER**, United States Magistrate Judge
Name & Title of Judicial Officer

June 7, 2007
Date

CASE NUMBER: 5:04-CR-9007 TAG  
DEFENDANT: AMY L. RAPP

Judgment - Page 2 of 2

# PROBATION

The defendant is hereby sentenced to Court Probation for a term of <u>6 months</u>, from 6/8/2007 to 12/13/2007.

## CONDITIONS OF COURT PROBATION

1. The defendant shall obey all laws.

2. The defendant shall complete 40 hours of unpaid community service. The defendant shall pay fees attendant to participation and placement in this program, on a sliding scale as determined by the program. Community service shall be completed by 11/30/2007. The defendant shall file proof of completion with the Court and provide a copy to U.S. Probation.

3. The defendant is ordered to appear at a compliance hearing set for 12/13/2007 at 9:30 a.m., U.S. District Court, 1 South Rosamond Blvd., Building 2653, Edwards AFB, CA.