LAW OFFICES OF DAVID M. WALLIN
David M. Wallin, Esq., SBN 128444
41319 12th Street West, Suite 101
Palmdale, California 93551
Telephone 661.267.1313 – Facsimile 661.267.1346

Attorney for Defendant:
RAPP, AMY L.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, <br><br> Plaintiff, <br><br> vs. <br><br> RAPP, AMY L. <br><br> Defendant. | CASE NO. 5:04-CR-9007 TAG <br><br> ATTORNEY'S REQUEST AND WAIVER OF APPEARANCE |

The undersigned, David M. Wallin Esq., hereby requests a Court Order waiving his appearance at the **Compliance Hearing** scheduled for **December 13, 2007**, at **9:30 a.m.** this request is a result of several factors including; Mr. Wallin is away on a family outing; we have not been retained for a Probation Violation; Ms. Rapp is not cooperating with this office in our effort to provide the best results for her matter.

Respectfully submitted,
LAW OFFICES OF DAVID M. WALLIN

Dated: 12/5/07

David M. Wallin, Esq.

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the attorney's appearance may be waived on **December 13, 2007.**

Dated: 12/5/2007

THERESA A. GOLDNER
U.S. MAGISTRATE JUDGE

WAIVER OF ATTORNEY PRESENCE – Case # 5:04-CR-9007 TAG